Order Filed on
08/09/2012
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**McDonnell Crowley, LLC**
115 Maple Avenue – Suite 201
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mcdonnellcrowley.com
Brian T. Crowley (BC2778)
*Counsel to John M. McDonnell,*
  *Chapter 7 Trustee*

In re:

FRED TEICHER and NORMA O. TEICHER,

Debtors.

Case No. 12-23577 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING RETENTION OF PERKINS COIE, LLP
AS SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 08/09/2012**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

85206-0001/LEGAL24202340.1

| | |
|---|---|
| In re: | Fred Teicher and Norma O. Teicher |
| Case No.: | 12-23577 (KCF) |
| Applicant: | John M. McDonnell |

☒ Trustee:  ☒ Chap. 7  ☐ Chap. 11  ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional: Perkins Coie, LLP

Address: 30 Rockefeller Plaza – 25th Floor
New York, New York 10112

☐ Attorney for:

    ☐ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor  ☐ Appraiser  ☒ Special Counsel

    ☐ Auctioneer  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above, It is hereby ORDERED as follows:

1. The applicant, John M. McDonnell, Chapter 7 Trustee, is authorized to retain the professional, Perkins Coie, LLP, to act as special counsel for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date is the date the application is filed with the Court.

*Approved by Judge Kathryn C. Ferguson  August 09, 2012*